DOROTHY E. RAYNOR, an Infant, by JOHN E. RAYNOR, Her Guardian ad Litem (Now DOROTHY E. SANFORD), Appellant, v. JETUR R. HARLOW, Respondent.— Judgments and order denying motion for a new trial unanimously affirmed, with

costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Tompkins, JJ.